UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LENNARD AL MENDOZA, | ) | No. CV 09-6860 SJO (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| JOHN MARSHALL, Warden, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 4/5/11

S. JAMES OTERO
United States District Judge